IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANALISA SEMINARIO,

    Plaintiff,

v.                                          1:16-cv-01343-JCH-KBM

NICOLE A. PACHECO, GOVERNMENT EMPLOYEES
INSURANCE COMPANY, GILBERT E. CANDELARIA,
UNITED FINANCIAL CASUALTY COMPANY, d.b.a.
PROGRESSIVE INSURANCE COMPANY, EAN HOLDINGS
LLC d.b.a. ENTERPRISE-RENT-A-CAR, UNITED STATES
OF AMERICA, and YET-TO-BE-IDENTIFIED INDIVIDUALS
and/or BUSINESS ENTITIES,

    Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

    The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned case and causes of action raised therein or could have been raised therein are dismissed with prejudice.  The parties' stipulation to dismiss with prejudice includes all filed and pled complaints, cross-claims, counter-claims and any causes of action therein or that which could have been raised or filed by any of the parties against one another.  The intent of this Stipulation is to dismiss this matter with prejudice and foreclose any additional claims arising from the subject motor vehicle accident.

    This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party will bear its own attorney's fees and costs.

                                              Submitted and Approved:

                                              **ALLEN LAW FIRM, LLC**

                                              */s/ Meena H. Allen*
                                              MEENA H. ALLEN

6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400
*Attorneys for Defendant United Financial Casualty Company*

**THE BENNETT LAW GROUP LLC**

*/s/ Merit Bennett*
MERIT BENNETT
460 St. Michael's Drive, Suite 703
Santa Fe, NM 87505
(505) 983-9834
*Attorney for Plaintiff*

**HATCHER LAW GROUP, P.A.**

*/s/ Scott P. Hatcher*
SCOTT P. HATCHER
150 Washington Ave., Suite 204
Santa Fe, NM 87501
(505) 983-6525
*Attorneys for Nicole A. Pacheco and Gilbert E. Candelaria*

**LAW OFFICES OF BRUCE S. MCDONALD**

*/s/ Mark Trujillo*
BRUCE S. MCDONALD
MARK TRUJILLO
211 Twelfth Street, NW
Albuquerque, NM 87102
(505) 254-2854
*Attorneys for EAN Holdings, LLC*

**U.S. ATTORNEY'S OFFICE**

JOHN C. ANDERSON
United States Attorney

*/s/ Christopher F. Jeu*
CHRISTOPHER F. JEU
P.O. Box 607
Albuquerque, NM 87103
*Attorneys for the United States*

**SOMMER, UDALL, HARDWICK & JONES, P.A.**

*/s/ Eric M. Sommer*
ERIC M. SOMMER
P.O. Box 1984
Santa Fe, NM 87504-1984
***Attorneys for Gilbert E. Candelaria***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of August, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Merit Bennett
460 St. Michael's Drive, Suite 703
Santa Fe, NM 87505

Scott P. Hatcher
Hatcher Law Group, P.A.
150 Washington Avenue, Suite 204
Santa Fe, NM 87501

Bruce S. McDonald
Mark Trujillo
Law Offices of Bruce S. McDonald
211 Twelfth Street NW
Albuquerque, NM 87102

Christopher F. Jeu
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103

Eric M. Sommer
Sommer, Udall, Hardwick & Jones, P.A.
P.O. Box 1984
Santa Fe, NM 87504-1984

*/s/ Christopher F. Jeu*
Christopher F. Jeu